# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** 250 AZ, LLC
**Case Number:** 4:13-BK-00851-EWH  **Chapter:** 11
**Date / Time / Room:** TUESDAY, SEPTEMBER 03, 2013 10:00 AM  COURTROOM 329
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** ALICIA JOHNS

## Matters:

1) MOTION REGARDING DEBTORS OWNERSHIP OF THE PROPERTY AND RIGHTS TO MANAGEMENT FILED BY DENNIS M BREEN III OF BREEN OLSON & TRENTON, LLP ON BEHALF OF 250 AZ, LLC.
   **R / M #:** 465 / 0

2) HEARING ON APPROVAL OF DEBTOR'S FIRST DISCLOSURE STATEMENT DATED JULY 5, 2013.
   **R / M #:** 506 / 0

3) MOTION TO APPROVE TWO ADDITIONAL MEMBERS AS OWNERS OF THE DEBTOR FILED BY DENNIS M BREEN III OF BREEN OLSON & TRENTON, LLP ON BEHALF OF 250 AZ, LLC.
   **R / M #:** 463 / 0

4) FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY KEITH C. OWENS OF VENABLE LLP ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE .(set at hrg. held 8/1/13)
   **R / M #:** 432 / 0

5) ADM: 4:13-bk-00851-EWH
   HEARING TO CONSIDER IF THE CASE SHOULD BE DISMISSED (pursuant to Court's Decision dated 8/6/2013, DE #516)
   **R / M #:** 516 / 0

6) HEARING ON EMERGENCY MOTION OF COLUMBIA DEVELOPMENT CORPORATION TO TERMINATE THE AUTOMATIC STAY AS TO GROUND LEASE OR FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO GROUND LEASE FILED BY ROB CHARLES OF LEWIS AND ROCA LLP ON BEHALF OF COLUMBIA DEVELOPMENT CORPORATION .
   **R / M #:** 537 / 0

## Appearances:

DENNIS M BREEN, ATTORNEY FOR 250 AZ, LLC
NANCY MARCH, ATTORNEY FOR QUICKTRIP
TOM LAUE, ATTORNEY FOR CBRE
ELIZABETH FELLA, ATTORNEY FOR CW CAPITAL ASSET MANAGEMENT LLC
KEITH OWENS, ATTORNEY FOR CW CAPITAL ASSET MANAGEMENT LLC
CHRISTOPHER MCDONAGH, ATTORNEY FOR SUSAN COURTNEY
CHRISTOPHER SIMPSON, ATTORNEY FOR ARMED FORCES BANK
RONALD GOLD, ATTORNEY FOR COLUMBIA DEVELOPMENT CORPORATION

Page 1 of 2

Case 4:13-bk-00851-EWH   Doc 586   Filed 09/03/13   Entered 09/09/13 09:26:41   Desc
Main Document     Page 1 of 2                              09/09/2013   9:26:21AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...　　4:13-BK-00851-EWH　　　　TUESDAY, SEPTEMBER 03, 2013 10:00 AM

## *Proceedings:*

ITEM 1: MOTION REGARDING DEBTORS OWNERSHIP OF THE PROPERTY AND RIGHTS TO MANAGEMENT FILED BY DENNIS M BREEN III OF BREEN OLSON & TRENTON, LLP ON BEHALF OF 250 AZ, LLC.

Mr. Breen asks the Court that the process be reversed in the sense that Section 7 does not preclude the transfer of interest in the property. He renders argument in support of the motion.

There is discussion between the Court and Mr. Breen.

Mr. Owens agrees with the Court's reasoning and addresses the matter of whether there is cause to reconsider. He argues compliance with the loan agreement.

THE COURT WILL NOT RECONSIDER ITS RULING. THE PROPERTY IS NOT PROPERTY OF THE ESTATE.

ITEM 2: HEARING ON APPROVAL OF DEBTOR'S FIRST DISCLOSURE STATEMENT DATED JULY 5, 2013.

Based on its ruling, the Court asks Mr. Breen if the case will be going forward and Mr. Breen responds yes. It understands that Mr. Breen will need to amend the disclosure statement.

ITEM 3: MOTION TO APPROVE TWO ADDITIONAL MEMBERS AS OWNERS OF THE DEBTOR FILED BY DENNIS M BREEN III OF BREEN OLSON & TRENTON, LLP ON BEHALF OF 250 AZ, LLC.

ITEM 4: FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY KEITH C. OWENS OF VENABLE LLP ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE .(set at hrg. held 8/1/13)

ITEM 5: HEARING TO CONSIDER IF THE CASE SHOULD BE DISMISSED (pursuant to Court's Decision dated 8/6/2013, DE #516)

ITEM 6: HEARING ON EMERGENCY MOTION OF COLUMBIA DEVELOPMENT CORPORATION TO TERMINATE THE AUTOMATIC STAY AS TO GROUND LEASE OR FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO GROUND LEASE FILED BY ROB CHARLES OF LEWIS AND ROCA LLP ON BEHALF OF COLUMBIA DEVELOPMENT.

Mr. Gold states the motion to terminate the stay as to ground lease was filed in an abundance of caution.

The Court informs Mr. Gold that he should have asked for an order under 362(j). Columbia Development should confirm that it has a right to the relief under 362(j). No comfort order will be issued. MR. GOLD IS DIRECTED TO SUBMIT A FORM OF ORDER WITH THE UNDERSTANDING THAT THE COURT IS MAKING NO FINDINGS ABOUT A DEFAULT. MR. GOLD TO INCLUDE CASE LAW.

The Court asks if there are any remaining items that need to be addressed.

Mr. Owen agrees there is no lift stay issue, except for the fact that the lender did commence a receivership action. They need to lift the stay in order to name the debtor as a nominal defendant. The title company will not clear title without doing that.

THE COURT WILL GIVE MR. OWEN THE SAME ORDER AS COLUMBIA DEVELOPMENT OR THE TITLE COMPANY NEEDS TO FILE THE APPROPRIATE PLEADINGS. THE REMAINING MATTERS ARE DETERMINED TO BE MOOT AT THIS TIME, THE DISCLOSURE STATEMENT IS TO BE AMENDED AND MR. BREEN IS GIVEN SIXTY DAYS TO GET IT DONE.

The hearing is adjourned.

C=> J. Medina

Page 2 of 2

Case 4:13-bk-00851-EWH　Doc 586　Filed 09/03/13　Entered 09/09/13 09:26:41　Desc
Main Document　Page 2 of 2　　09/09/2013　9:26:21AM