Christopher C. Simpson (AZ Bar #018626)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
christopher.simpson@stinsonleonard.com

Mark S. Carder (*pro hac vice*)
**STINSON LEONARD STREET LLP**
1201 Walnut, Suite 2900
Kansas City, Missouri 64105
Tel: (816) 842-8600
Fax: (816) 691-3495
mark.carder@stinsonleonard.com

Attorneys for RREF II DFC Acquisitions, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>250 AZ, LLC,<br><br>Debtor | Chapter 11<br><br>Case No. 4:13-bk-00851-EWH<br><br>**NOTICE OF LODGING PROPOSED ORDER SETTING EVIDENTIARY HEARING ON OBJECTION OF RREF II DFC ACQUISITIONS, LLC, TO CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**<br><br>**Hearing Date:** None |

**PLEASE TAKE NOTICE** that RREF II DFC Acquisitions, LLC ("**RREF**"), has this date lodged the proposed Order Setting Evidentiary Hearing on Objection of RREF II DFC Acquisitions, LLC to Confirmation of Debtor's First Amended Plan of Reorganization in the form attached hereto, relating to Docket Entry #687.

DATED this March 10, 2014.

**STINSON LEONARD STREET LLP**

By: /s/ Christopher C. Simpson (#018626)
Christopher C Simpson
Mark S Carder
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for RREF II DFC Acquisitions, LLC